| AO 10*<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Levy, Jon D. | 2. Court or Organization<br><br>U.S. District Court, Maine | 3. Date of Report<br><br>09/22/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge active | 5a. Report Type (check appropriate type)<br>☑ Nomination    Date 09/19/2013<br>☐ Initial    ☐ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>08/31/2013 |

**7. Chambers or Office Address**

Maine Supreme Judiical Court
205 Newbury St.
Portland, Maine 04101-4125

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Justice | Maine Supreme Judicial Court |
| 2. | Treasurer | William Vaughan House Condominium Association |
| 3. | Co-trustee | Trust #1 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Maine Supreme Judicial Court | $119,476.00 |
| 2. | 2011 | Matthew Bender & Co., book royaltiest | $613.46 |
| 3. | 2012 | Maine Supreme Judicial Court | $119,476.00 |
| 4. | 2012 | Matthew Bender & Co., book royalties | $6,011.69 |
| 5. | 2013 | Maine Supreme Judicial Court | $83,538.79 |
| 6. | 2013 | Matthew Bender & Co., book royalties | $641.66 |
| 7. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | self-employed psychologist, self-employment income |
| 2. | 2013 | self-employed psychologist, self-employment income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 09/22/2013 |

5.

# FINANCIAL DISCLOSURE REPORT

Page 4 of 9

Name of Person Reporting

Levy, Jon D.

Date of Report

09/22/2013

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Funds Capital Income Builder Fund | D | Dividend | N | T | | | | | |
| 2. American Funds Capital World Bond Fund | A | Dividend | L | T | | | | | |
| 3. American Funds Capital World Growth & Income Fund | A | Dividend | K | T | | | | | |
| 4. American Funds EuroPacific Growth Fund | B | Dividend | L | T | | | | | |
| 5. American Funds Global Balanced Fund | | None | J | T | | | | | |
| 6. American Funds Growth Fund of America | | None | L | T | | | | | |
| 7. American Funds International Growth & Income Fund | B | Dividend | L | T | | | | | |
| 8. American Funds New World Fund | B | Dividend | L | T | | | | | |
| 9. American Funds Short Term Bond Fund | A | Interest | L | T | | | | | |
| 10. United States Treasuryr Inflation Index Notes | A | Interest | | | | | | | |
| 11. Bed Bath & Beyond Stock | | None | M | T | | | | | |
| 12. Norway Savings Bank Checking Account | | None | J | T | | | | | |
| 13. Fidelity Equity Income Fund | A | Dividend | J | T | | | | | |
| 14. Franklin Small-Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 15. Hartford Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 16. Hartford Total Return Bond HLS Fund | A | Dividend | J | T | | | | | |
| 17. Managers AMG Skyline Special Equities Portfolio | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 09/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Mutual Global Discovery Fund | A | Dividend | K | T | | | | | |
| 19. Oppenheimer International Bond Fund | | None | J | T | | | | | |
| 20. PIMCO All Asset All Authority Fund | | None | J | T | | | | | |
| 21. PIMCO All Asset Fund | A | Dividend | J | T | | | | | |
| 22. PIMCO Low Duration Fund | A | Dividend | K | T | | | | | |
| 23. PIMCO Total Return Fund | B | Int./Div. | M | T | | | | | |
| 24. PIMCO Global Mult-Asset Fund | B | Dividend | | | | | | | |
| 25. Templeton Global Bond Fund | B | Interest | L | T | | | | | |
| 26. Thornberg Investment Trust Limited Term Municipal Fund | B | Dividend | L | T | | | | | |
| 27. Wells Fargo Cash Account | A | Interest | N | T | | | | | |
| 28. US Government Series E Bonds | | None | J | W | | | | | |
| 29. US Government Series EE Bonds | | None | J | W | | | | | |
| 30. Wells Fargo Absolute Return Fund | | None | J | T | | | | | |
| 31. Pruco Life Insurance Co. of New Jersey Annuty | C | Distribution | K | T | | | | | |
| 32. Bank of America Checking Accounts | | None | J | T | | | | | |
| 33. TD Bank Checking Account | | None | J | T | | | | | |
| 34. Citibank Cash Account | A | Interest | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Trust #1 - Wells Fargo Cash Account | A | Interest | | | | | | | |
| 36. American Funds Short Term Tax Exempt Bond Fund | A | Interest | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding my answers to Part I, § 2, and Part VII, § 12, I am the treasurer of the Wiliam Vaughan House Condominium Association. The Norway Savings Bank checking account is the condominium's operating account from which I pay the condominium's expenses.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jon D. Levy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 3 | 497 | Notes payable to banks-secured (auto) | | 25 | 207 |
| U.S. Government securities -- see schedule | | 1 | 125 | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 1 | 628 | 858 | Notes payable to relatives | | | |
| Unlisted securities -- see schedule | | 31 | 399 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned -- personal residence | | 450 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 75 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 25 | 207 |
| | | | | Net Worth | 2 | 164 | 672 |
| Total Assets | 2 | 189 | 879 | Total liabilities and net worth | 2 | 189 | 879 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |